**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kevin Michael KEY, Defendant–
Appellant.**

**No. 01–7879.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Kevin Michael Key, Appellant Pro Se.
Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Kevin Michael Key seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Key,* Nos. CR–98–48; CA–00–1041–1 (M.D.N.C. Aug. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*